# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RONNIE TIMMONS, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 3:17-CV-1079-D |
| | ) |
| STATE OF TEXAS, | ) |
|     Defendant. | ) |

## ORDER

The United States Magistrate Judge made June 29, 2018 findings, conclusions and a recommendation regarding plaintiff's June 11, 2018 motion to reopen. Plaintiff filed objections, and the district judge has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

Accordingly, plaintiff's June 11, 2018 motion to reopen is denied. Plaintiff's July 20, 2018 motion in which he requests a trial is denied.

Plaintiff's July 20, 2018 motion for leave to appeal *in forma pauperis*, which is contained in his July 9, 2018 notice of interlocutory appeal, is denied because that notice purports to appeal from something other than a final, appealable judgment or order of the court.

**SO ORDERED**.

July 26, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE